UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

CITY OF DETROIT,
A municipal corporation,

      Case No. 2:09-cv-11451-RHC-PJK
      Hon. Robert H. Cleland

    Plaintiff,

vs.

LAKESHORE ENERGY SERVICES, LLC.,
A Michigan corporation and
SEMINOLE ENERGY SERVICES, LLC.,
an Oklahoma Corporation,

    Defendants.
_____/

| | |
|---|---|
| PAUL R. SWANSON (P26221) | O'REILLY RANCILIO P.C. |
| Attorney for Plaintiff | LAUREN DU VAL DONOFRIO (P66026) |
| 333 W. Fort St., Ste. 1400 | Attorneys for Defendants |
| Detroit, MI 48226 | 12900 Hall Road, Suite 350 |
| (313) 963-1234 | Sterling Heights, MI 48313 |
| Sassytj16@hotmail.com | (586) 726-1000 |
| | ldonofrio@orlaw.com |

_____/

## STIPULATION AND ORDER REGARDING MOTION TO AMEND COMPLAINT

NOW COME the parties herein, by their respective counsel, and the parties stipulating to the following:

1. Plaintiff withdraws its Motion for Leave to File First Amended Complaint.

2. Plaintiff may file a First Amended Complaint as set forth in the proposed First Amended Complaint, attached as Exhibit A. By agreeing to allow Plaintiff to make these amendments, Defendants do not agree to any factual or legal averments contained in the amendments or waive any right to deny any allegations of the First Amended Complaint.

**APPROVED AS TO FORM AND CONTENT;**
**NOTICE OF ENTRY WAIVED:**

/S/ Lauren Du Val Donofrio          /S/ Paul R. Swanson
Attorney for Defendants              Attorney for Plaintiff

## ORDER ALLOWING AMENDMENT OF COMPLAINT

This matter having come before the Court on the stipulation of the parties hereto, and with the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File First Amended Complaint is withdrawn and dismissed.

IT IS HEREBY ORDERED that Plaintiff may file its First Amended Complaint in the form attached hereto as Exhibit A.


     S/Robert H. Cleland
     ROBERT H. CLELAND
     UNITED STATES DISTRICT JUDGE

Dated:  June 22, 2009


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 22, 2009, by electronic and/or ordinary mail.

     S/Lisa Wagner
     Case Manager and Deputy Clerk
     (313) 234-5522